[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APRIL 11, 2007
THOMAS K. KAHN
CLERK

_____

No. 06-13554
Non-Argument Calendar

_____

D. C. Docket No. 05-60291-CR-WJZ

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TERRANCE MCINTYRE,
a.k.a Maxie Kates,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(April 11, 2007)**

Before BIRCH, BLACK and HILL, Circuit Judges.

PER CURIAM:

Robin J. Farnsworth, appointed counsel for Terrance McIntyre, has filed a

motion to withdraw on appeal supported by a brief prepared pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and McIntyre's conviction and sentence are **AFFIRMED**.